**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 25-MJ-1347-DLC |
| | ) | |
| DENIS OBREZKO | ) | |

## MOTION TO WITHDRAW AS COUNSEL

Assistant Federal Public Defender Forest O'Neill-Greenberg hereby moves to withdraw

as counsel for Mr. Obrezko. As grounds, private counsel, attorney Maksim Nemtsev, has filed

his appearance in this matter on behalf of Mr. Obrezko.

Respectfully submitted,
Denis Obrezko
By his attorney,

*Forest O'Neill-Greenberg*
Forest O'Neill-Greenberg
B.B.O. # 674760
Assistant Federal Public Defender
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
Tel: 617-223-8061

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent
electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)
on June 29, 2026.

*Forest O'Neill-Greenberg*
Forest O'Neill-Greenberg